UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDUARDO GONZALEZ-ALDAMA, :
: CASE NO.: 1:19-cv-09659-JGK
Plaintiff, :
:
-against- :
:
FIBROCELL SCIENCE, INC., DOUGLAS J. :
SWIRSKY, JULIAN P. KIRK, JOHN :
MASLOWSKI, MARC B. MAZUR, KELVIN :
D. MOORE, MARCUS E. SMITH, and :
CHRISTINE ST. CLARE, :
:
Defendants. :
------------------------------------- X

# NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: December 12, 2019 | Respectfully Submitted, |
| | **MONTEVERDE & ASSOCIATES PC** |
| | /s/ Juan E. Monteverde
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880 |
| | *Attorney for Plaintiff* |